■ In the Matter of ARTHUR WEIDER, Respondent, v. NORMA H. WEIDER, Appellant.— Order entered on June 2, 1960, denying defendant's motion to modify plaintiff's visitation rights and granting plaintiff's cross motion for visitation rights, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ SHAPIRO BROS. FACTORS CORP., Appellant, v. HENRY ZEINES, Defendant, and AL SCHLOSSER, Respondent.— Order entered on March 28, 1960, insofar as it denies plaintiff's motion to modify defendant's (Al Schlosser) demand for a bill of particulars by striking therefrom item 7 thereof in its entirety, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ In the Matter of the Arbitration between MINERALS AND CHEMICALS PHILIPP CORP., Appellant, and PANAMERICAN COMMODITIES, S. A., Respondent. — Order entered on March 27, 1961, denying petitioner's motion for an order directing an examination before trial of World Commerce Corp., S. A., by certain of its named officers and employees, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ ROBERTA J. RAO, Appellant, v. PAUL P. RAO, Respondent.— Order entered on February 10, 1961, insofar as it denies plaintiff's motion for additional counsel fees and for a verified bill of particulars, unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ JAMES S. THOMATOS, Plaintiff, v. LONG ISLAND RAIL ROAD COMPANY, Defendant. MAXWELL M. BOOXBAUM, Appellant, JEROME J. COIN, Respondent. — Order entered on February 20, 1961, confirming the report of the Official Referee and fixing the lien of the outgoing attorney respondent in the sum of $1,930, unanimously affirmed, with $20 costs and disbursements to the outgoing attorney respondent. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ TANENBAUM TEXTILE Co., INC., Respondent, v. UNION INDUSTRIAL TEXTIL, S. A., Appellant.— Order entered on March 8, 1961, granting plaintiff's motion to stay arbitration and directing that arbitration, demanded by defendant, be stayed, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Stevens, Eager and Bergan, JJ.

■ NORBERT ROESLER et al., as Trustees, v. H. CHRISTIAN SONNE, Individually and as Trustee.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.

■ LEONA H. BRADY v. 65 CENTRAL PARK WEST CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ CHRISTIAN DIOR, SOCIETE A RESPONSIBILITE LIMITEE, et al., v. FREDERICK L. MILTON et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. The stay contained in the order to show cause, dated April 25, 1961, is vacated. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.